UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW B. MAJOR,

    Plaintiff,

v.

CALIFORNIA AND THE SCREEN ACTORS GUILD OF AMERICA, et. al.,

    Defendants.

Case No. 24-cv-06242 BLF

**ORDER OF DISMISSAL**

On September 4, 2024, Plaintiff, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. Plaintiff was provided with a blank IFP application and postage-paid envelope and advised to respond within twenty-eight days to avoid dismissal. *Id.*

The deadline for responding to the Clerk's notice has passed, and Plaintiff has failed to file a complete IFP application or pay the filing fee. *Id.* Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __November 1, 2024____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge