UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. MAJOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA AND THE SCREEN ACTORS GUILD OF AMERICA, et. al.,<br><br>　　　　Defendants. | Case No. 24-cv-06242 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _November 1, 2024___

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\06242Major_judgment